*E-Filed 08/03/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON RIVERA, an individual; and MIKALA RIVERA, an individual,<br><br>    Plaintiffs,<br>  v.<br><br>BAC HOME LOANS SERVICING, L.P., et al.,<br><br>    Defendants.<br>_____/ | CASE NO. C 10-02439 RS<br><br>**ORDER RESCHEDULING HEARING ON MOTION TO DISMISS** |

Plaintiffs Jason and Mikala Rivera filed their Complaint on June 2, 2010 alleging thirteen claims for relief.  On June 28, 2010, defendants BAC Home Loans Servicing, L.P., Bank of America, N.A., as successor in interest to Countrywide Bank, N.A., Countrywide Home Loans, Inc., and ReconTrust Company, N.A. filed a motion to dismiss plaintiffs' complaint.  A hearing on the motion to dismiss was set for August 5, 2010.

Plaintiffs have not filed a response to the motion to dismiss, but instead filed a First Amended Complaint ("FAC") on August 3, 2010.  In light of the filing of the FAC, the hearing date of August 5, 2010 is continued until **September 2, 2010** at 1:30 p.m., in Courtroom 3, 17th floor, United States Courthouse, San Francisco, California.  The briefing schedule is amended as follows:

1) Defendants may, but are not required to, supplement their motion to dismiss in response to the FAC.  Any supplemental briefing by defendants is due by **August 12, 2010**.

NO. C 10-02439 RS

2) Plaintiffs' opposition to the motion to dismiss is due by **August 19, 2010**.

3) Any reply to plaintiffs' opposition is due by **August 26, 2010**.

IT IS SO ORDERED.

Dated: 08/03/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-00805 RS

2